No. 15-25-00077-CV
: 2230739

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JUN 09 2025

CHRISTOPHER A. PRINE
CLERK

In The Court of Appeals
For the Fifteenth District of Texas
At Austin, Texas

Ruzel Love Jr.

V.

Felicia Moss and University of Texas Medical Branch

Motion to Extend Time for Filing Appellant's Brief

To the Honorable Court of Appeals:

Ruzel Love Jr. Appellant, moves this court to grant an extension of time to file Appellant's Brief, and respectfully states:

1. Ruzel Love Jr. Appellant's Brief is due to be filed with this court on June 11, 2025

2. Ruzel Love Jr. seeks a 45 day extension of time to file Appellant's Brief, which would make Appellant's Brief due on or before July 14, 2025

3. East Texas Treatment facility Law Library has a capacity of 0. There are no books of S.W. Reporters or any other research materials for me to access to bring a clear and concise arguement before this court but upon my release June 10, 2025 any and all materials needed and legal assistance I may require will become availble to avoid undue protracted litigation from Pro Se laymen of law

4. This is the <u>First</u> extension of time Ruzel Love Jr has sought for the filing of the Appellant's Brief

For these reasons Ruzel Love Jr. requests that this court render an order extending the time for filing Appellant's Brief to and including July 14, 2025. Ruzel Love Jr. also requests any other relief to which he may be entitled.

Ruzel Love #2359351
East Texas Treatment Facility
P.O. Box 8000
Henderson, Tx. 75653

## Certificate of Service

This certifies that the undersigned served this motion on Felicia Moss and University of Texas Medical Branch the Appellant by sending it to the lead counsel for the Appellant Jacob I. Pons at the Office of the Attorney General P.O. Box 12548, Capitol Station Austin, TX. 78711-2548 by mail by depositing it in the mail prepaid and properly addressed on May 30, 2025.

Ruzel Love Jr. #2359351
Pro Se

Ruzel Love #2359351
East Texas Treatment Facility
P.O. Box 8000
Henderson, Tx. 75653